UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EUGENIO PEDRAZA, | : |
| Plaintiff, | : |
| vs. | : CIVIL NO.: 1:17-cv-00086 <br> : (Associated Criminal No: <br> : 1:13-cr-00305) |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

Comes now the undersigned attorney for the United States Department of Justice, Criminal Division, Public Integrity Section, to notice an appearance as counsel of record in the above-captioned case.

Dated: May 12, 2017                         Respectfully submitted,

                                            ANNALOU TIROL
                                            Acting Chief, Public Integrity Section

                               By:          *J.P. Cooney*
                                            J.P. Cooney
                                            Deputy Chief
                                            U.S. Department of Justice
                                            Criminal Division
                                            Public Integrity Section

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of May, 2017, I caused a copy of the foregoing to be filed with the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for Petitioner Eugenio Pedraza

By: *J.P. Cooney*
J.P. Cooney