### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| **EUGENIO PEDRAZA,**<br><br>Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Respondent. | **CIVIL ACTION NO. 1:17-CV-00086** |

### UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER PEDRAZA'S MOTION TO VACATE OR SET ASIDE SENTENCE UNDER 28 U.S.C. § 2255

Pursuant to Federal Rule of Civil Procedure 6(b), the United States respectfully requests an extension of time to respond to the Petitioner's Motion to Vacate or Set Aside Sentence Under 28 U.S.C. § 2255. Petitioner's motion was filed on April 20, 2017. (Docket No. 1.) (Docket No. 1.) The Court ordered the United States to file its response by June 20, 2017. (Docket No. 4.) One of the undersigned attorneys was admitted to practice in the Southern District of Texas *pro hac vice* on June 19, 2017 (*see* Docket No. 12).

The United States respectfully requests an additional fourteen (14) days to file its opposition pleading. Petitioner's counsel, David Isaak, does not oppose the requested extension. A proposed order is attached.

Respectfully submitted this 20th day of June, 2017.

> /s/ *J.P. Cooney*
> J.P. Cooney
> Deputy Chief
> Jessica C. Harvey
> Trial Attorney

U.S. Department of Justice
Criminal Division, Public Integrity Section
1400 New York Ave., N.W., 12th Floor
Washington, D.C. 20005
(202) 514-1412
joseph.cooney2@usdoj.gov
jessica.harvey@usdoj.gov

## **CERTIFICATE OF SERVICE**

The foregoing motion and attached proposed order will be served on counsel for the petitioner via ECF at the time of filing.

*/s/ J.P. Cooney*
Deputy Chief
Public Integrity Section
Criminal Division
U.S. Department of Justice
